Robert H. FRY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7067.

United States Court of Appeals,
Federal Circuit.

Oct. 22, 2004.

ORDER

Pursuant to the Court's letter dated
September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.